UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

SCANNED
DATE 3-8-05
CMB

| | |
|---|---|
| Musket Research Associates, Inc.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Ovion, Inc., William S. Tremulis, and<br>Jeffrey P. Callister.<br><br>　　　　Defendants. | No. 05 10416 MEL<br><br>CORPORATE DISCLOSURE<br>STATEMENT |

CORPORATE DISCLOSURE STATEMENT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff Musket Research Associates, Inc. hereby states that it does not have a parent corporation and that no public company holds more than ten percent of its stock.

DATED: March 4, 2005.

                                         Respectfully submitted,

                                         MUSKET RESEARCH ASSOCIATES, INC.

                                         By Their Attorneys,

                                         /s/ Lisa Gaulin
                                         ERIC J. MARANDETT (BBO No. 561730)
                                         LISA GAULIN (BBO No. 654655)
                                         CHOATE, HALL & STEWART LLP
                                         Exchange Place
                                         53 State Street
                                         Boston, MA 02109-2804
                                         Telephone:     617/248-5000
                                         Facsimile:     617/248-4000

                                         ARTHUR S. BEEMAN (*pro hac vice pending*)
                                         PAMELA K. FULMER (*pro hac vice pending*)
                                         MICHAEL L. GALLO (*pro hac vice pending*)
                                         HOWARD RICE NEMEROVSKI CANADY
                                         FALK & RABKIN
                                         A Professional Corporation
                                         Three Embarcadero Center, 7th Floor
                                         San Francisco, California 94111-4024
                                         Telephone:     415/434-1600
                                         Facsimile:     415/217-5910

WD 030405/1-161680001/1203342/v1