UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

FILED
IN CLERK'S OFFICE

2005 MAR -7 P 4:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Musket Research Associates, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister.<br><br>Defendants. | No. 05-10416-MEL<br><br><br>MOTION FOR LEAVE TO ADMIT ARTHUR S. BEEMAN *PRO HAC VICE*<br><br>JURY TRIAL DEMANDED |

The undersigned, counsel for Musket Research Associates, Inc. ("Musket") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3(b), that Arthur S. Beeman be permitted to appear as counsel for Musket and practice in this Court *pro hac vice*. The Certificate of Mr. Beeman in support of this application is submitted herewith.

Respectfully submitted this ___ day of March, 2005.

MUSKET RESEARCH ASSOCIATES, INC.

By its Attorneys,

_____
ERIC J. MARANDETT (BBO No. 561730)
LISA GAULIN (BBO No. 654655)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109-2804
Telephone:     617/248-5000
Facsimile:     617/248-4000

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Because counsel has not yet appeared for the defendants in the above-captioned matter, I was unable to confer with counsel pursuant to Local Rule 7.1(A)(2). Counsel for the plaintiff will do so as soon as defense counsel makes an appearance.

_____
Lisa M. Gaulin