UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

FILED
IN CLERKS OFFICE

2005 MAR -7 P 4: 03

US DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Musket Research Associates, Inc.<br><br>        Plaintiff,<br><br>v.<br><br>Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister.<br><br>        Defendants. | No.<br><br>**CERTIFICATE OF ARTHUR S. BEEMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Arthur S. Beeman, duly sworn on oath, states as follows:

1. I am a partner/director with the firm of Howard Rice Nemerovski, Canady Falk & Rabkin, A Professional Corporation, which is located at Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

2. I have been admitted to practice before the following courts in the years indicated:

>  Supreme Court of the Commonwealth of Kentucky — 1995
>  Supreme Court of the State of Ohio — 1982
>  Supreme Court of the State of Minnesota — 1984
>  U.S. District Court, Western District of Kentucky — 1995
>  U.S. District Court, Northern District of Ohio — 1982
>  U.S. District Court, Minnesota — 1984
>  U.S. Court of Appeals, Seventh Circuit — 1980
>  U.S. Court of Appeals, Eighth Circuit — 1985
>  U.S. Court of Appeals, Ninth Circuit — 1987
>  U.S. Court of Appeals, Federal Circuit — 1997
>  U.S. Supreme Court — 1997

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 7th day of March, 2005

_____
ARTHUR S. BEEMAN

WD 030405/3-161680001/Y10/1203262/v1