UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION



| | |
|---|---|
| Musket Research Associates, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister.<br><br>Defendants. | No. 05-10416-MEL<br><br>MOTION FOR LEAVE TO ADMIT<br>PAMELA K. FULMER *PRO HAC VICE*<br><br>JURY TRIAL DEMANDED |

The undersigned, counsel for Musket Research Associates, Inc. ("Musket") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3(b), that Pamela K. Fulmer be permitted to appear as counsel for Musket and practice in this Court *pro hac vice*. The Certificate of Ms. Fulmer in support of this application is submitted herewith.

Respectfully submitted this ___7___ day of March, 2005.

                MUSKET RESEARCH ASSOCIATES, INC.

                By its Attorneys,

                ERIC J. MARANDETT (BBO No. 561730)
                LISA GAULIN (BBO No. 654655)
                CHOATE, HALL & STEWART LLP
                Exchange Place
                53 State Street
                Boston, MA 02109-2804
                Telephone:     617/248-5000
                Facsimile:   617/248-4000

-2-

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Because counsel has not yet appeared for the defendants in the above-captioned matter, I was unable to confer with counsel pursuant to Local Rule 7.1(A)(2). Counsel for the plaintiff will do so as soon as defense counsel makes an appearance.

*/s/ Lisa Gaulin*
Lisa M. Gaulin