UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

FILED
CLERKS OFFICE

2005 MAR -9 P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Musket Research Associates, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister.<br><br>Defendants. | No. 05-10416-MEL<br><br>MOTION FOR LEAVE TO ADMIT MICHAEL L. GALLO *PRO HAC VICE*<br><br>JURY TRIAL DEMANDED |

The undersigned, counsel for Musket Research Associates, Inc. ("Musket") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3(b), that Michael L. Gallo be permitted to appear as counsel for Musket and practice in this Court *pro hac vice*. The Certificate of Mr. Gallo in support of this application is submitted herewith.

Respectfully submitted this ___7___ day of March, 2005.

MUSKET RESEARCH ASSOCIATES, INC.

By Their Attorneys,

*Lisa Gaulin*
ERIC J. MARANDETT (BBO No. 561730)
LISA GAULIN (BBO No. 654655)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109-2804
Telephone:       617/248-5000
Facsimile:        617/248-4000

-2-

CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Because counsel has not yet appeared for the defendants in the above-captioned matter, I was unable to confer with counsel pursuant to Local Rule 7.1(A)(2). Counsel for the plaintiff will do so as soon as defense counsel makes an appearance.

_____
Lisa M. Gaulin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
CLERKS OFFICE

2005 MAR -9 P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Musket Research Associates, Inc.<br><br>      Plaintiff,<br><br>v.<br><br>Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister.<br><br>      Defendants. | No.<br><br>**CERTIFICATE OF MICHAEL L. GALLO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Michael L. Gallo, duly sworn on oath, states as follows:

1. I am an associate with the firm of Howard Rice Nemerovski, Canady Falk & Rabkin, A Professional Corporation, which is located at Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

2. I have been admitted to practice before the following courts in the years indicated:

   State of California (2002)
   U.S. District Court, Central District of California (2002)
   U.S. District Court, Northern District of California (2003)

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 7th day of March, 2005.

_____
MICHAEL L. GALLO

WD 030405/2-161680001/Y10/1203273/v1