AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Musket Research Associates, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister

CASE NUMBER: 05 10416 MEL

TO: (Name and address of Defendant)

Ovion, Inc.
1900 O'Farell St. #210
San Mateo, CA 94403

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Marandett, Esq.
Lisa M. Gaulin, Esq.
Choate, Hall & Stewart LLP
53 State Street
Boston, MA 02109
(§°&) 248-5000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

MAR - 7 2005

DATE

(By) DEPUTY CLERK

≎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 3/7/05 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) RAIMUNDO COSTA CARVALHO | TITLE REGISTERED PROCESS SERVER #733 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jeff "DOE"
Authorized to Accept
Cau Male, 5'7 160 lbs
B/N Hair, Green Eyes 40's

☐ Returned unexecuted:

☑ Other (specify):
Business Address

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-07-05
Date

Signature of Server

1245 11th St 3rd Floor
San Francisco, Ca 94103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.