AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Musket Research Associates, Inc.

v.

Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10416 MEL

TO: (Name and address of Defendant)

Jeffrey P. Callister
Ovion, Inc.
1900 O'Farell St. #210
San Mateo, CA 94403

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Marandett, Esq.
Lisa M. Gaulin, Esq.
Choate, Hall & Stewart
53 State Street
Boston, MA 02109
(617) 248-5000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE MAR -7 2005

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE   March 09, 2005 |
| NAME OF SERVER (PRINT)   J. SHAUN O'BRYAN | TITLE   PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

✓  Served personally upon the defendant. Place where served:

JOSEPH CHU, AGENT FOR SERVICE OF PROCESS, WILSON, SONSINI, ET AL.,
650 PAGE MILL ROAD, PALO ALTO, CA 94304

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL   $0.00 | SERVICES   $0.00 | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 09, 2005
                    Date

Signature of Server

FreeWheelin' Attorney Service
41 Sutter Street, Suite 1777
San Francisco, CA 94104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.