IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC  ) | |
| ) | |
| Plaintiff, ) | No. 05 10416 MEL |
| ) | |
| v. ) | |
| ) | |
| OVION, INC., ) | |
| WILLIAM S. TREMULIS, and ) | |
| JEFFREY P. CALLISTER ) | |
| ) | |
| Defendants. ) | |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the time for defendants, Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister, to answer or otherwise respond to the Amended Complaint in the above captioned matter is extended until April 18, 2005. The parties further agree that this stipulation is made without prejudice to Defendants' ability to seek a further extension.

Date:   April 1, 2005          Respectfully submitted,

                               By: _____
                               Leland G. Hansen (*pro hac vice forth coming*)
                               Christopher V. Carani (*pro hac vice forth coming*)
                               MCANDREWS, HELD & MALLOY, LTD.
                               500 W. Madison Street, 34th Floor
                               Chicago, Illinois 60661
                               Telephone:   (312) 775-8000
                               Facsimile:   (312) 775-8100

                               **Attorneys for Defendants**
                               **Ovion, Inc., William S. Tremulis and**
                               **Jeffrey P. Callister**

Date:   April 1, 2005          Respectfully submitted,

                               By: _____
                               Eric J. Marandett (BBO No. 561730)
                               Lisa Gaulin (BBO No. 654655)
                               CHOATE, HALL & STEWART LLP
                               Exchange Place
                               53 State Street
                               Boston, MA 02109-2804

                               Arthur S. Beeman (*admitted pro hac vice*)
                               Pamela K. Fulmer (*admitted pro hac vice*)
                               Michael L. Gallo (*admitted pro hac vice*)
                               HOWARD RICE NEMEROVSKI CANADY
                               FALK & RABKIN
                               A Professional Corporation
                               Three Embarcadero Center, 7th Floor
                               San Francisco, California 94111-4024
                               Telephone: (415) 434 1600
                               Facsimile: (415) 217 5910

                               **Attorneys for Plaintiff**
                               **Musket Research Associates, Inc.**

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL)/HAND ON
DATE 4-4-05 SIGNATURE _____

2