✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| for the | DISTRICT OF | Massachusetts |
|---|---|---|

Musket Research Associates, Inc.

v.

Ovion, Inc., William S. Tremulis and
Jeffrey P. Callister

**APPEARANCE**

Case Number:  1:05-CV-10416-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Ovion, Inc., William S. Tremulis and Jeffrey P. Callister

I certify that I am admitted to practice in this court.

| 4/18/2005 | s/Dale A. Malone | |
|---|---|---|
| Date | Signature | |
| | Dale A. Malone | 552376 |
| | Print Name | Bar Number |
| | Banner & Witcoff, Ltd, 28 State Street | |
| | Address | |
| | Boston                    MA | 02109 |
| | City            State | Zip Code |
| | (617) 720-9600 | (617) 720-9601 |
| | Phone Number | Fax Number |