IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MUSKET RESEARCH ASSOCIATES, INC.           )
                                            )
                          Plaintiff,        ) **Civil Action No. 05-CV- 10416 MEL**
                                            )
           v.                               )
                                            )
                                            )
OVION, INC.,                                )
WILLIAM S TREMULIS, and                     )
JEFFREY P. CALLISTER                        )
                                            )
                          Defendants.       )

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The undersigned counsel for defendants, a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Leland G. Hansen and Christopher V. Carani, both of the law firm McAndrews, Held & Malloy, Ltd. of Chicago, Illinois. Attorneys Hansen and Carani will represent the defendants, Ovion, Inc., William S. Tremulis and Jeffrey P. Callister.

As stated in the accompanying certificates (attached as Exhibits A and B, respectively), Attorneys Hansen and Carani are members of the Bar of the State of Illinois, as well as numerous federal bars, including the bars of the United States Court of Appeals for the Federal Circuit and the United States District Court for the Northern District of Illinois. They are both in good standing in every jurisdiction in which they have been admitted to practice. There are no disciplinary proceedings pending against them as members of the bar in any jurisdiction, court, or agency. Attorneys Hansen and Carani both declare that they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I am a member of the Banner & Witcoff, Ltd. Law firm resident in its Boston office, and I will represent defendants as local counsel. I am a member in good standing of the bar of this Court.

The required admission fees for appearing *pro hac vice* ($50.00 for each attorney, or $100.00 total) accompany this motion.

ACCORDINGLY, I respectfully request that Leland G. Hansen, and Christopher V. Carani be admitted to the bar of this Court for purposes of the above-captioned action.

Dated: April 20, 2005

Dale A. Malone (BBO #552376)
Banner & Witcoff, Ltd.
28 State Street
28th Floor
Boston, MA 02109
(617) 720 – 9600
fax: (617) 720-9601
dmalone@bannerwitcoff.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that, on the above date, a true copy of this document was served by mail on counsel of record for each other party.

Dale A. Malone

2

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

MUSKET RESEARCH ASSOCIATES, INC.   )
   )
              Plaintiff,   ) **No. 05 10416 MEL**
   )
     v.   )
   )
   )
OVION, INC.,   )
WILLIAM S. TREMULIS, and   )
JEFFREY P. CALLISTER   )
   )
            Defendants.   )

## DECLARATION AND CERTIFICATE OF LELAND G. HANSEN, ESQ.

I, Leland G. Hansen, upon oath, declare as follows:

1.    I am a partner in the law firm of McAndrews, Held & Malloy Ltd., of Chicago,

Illinois. I am admitted to practice before the Bar of the State of Illinois (Illinois Bar No., 6229404,

admitted November 9, 1995) as well as the bars for the United States Court of Appeals for the

Federal Circuit, the United States District Court of the Northern District of Illinois, and other federal

courts. I am also registered to practice in the United States Patent and Trademark Office.

2.    I am a member of the bar in good standing in every jurisdiction and court to which I

have been admitted to practice. There are currently no disciplinary proceedings pending against me

as a member of the bar in any jurisdiction, court, or agency. I am familiar with the Local Rules of

the United States District Court for the District of Massachusetts.

3.    I am trial counsel for the defendants, Ovion, Inc., William S. Tremulis and Jeffrey

P. Callister. I represent defendants in the above-captioned action, and I respectfully request

admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT. EXECUTED ON April 18, 2005

Leland G. Hansen
McAndrews, Held & Malloy, Ltd.
500 West Madison St., 34th Floor
Chicago, Illinois, 60661
Tel: (312) 775 8000
Fax: (312) 775 8100

EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC. | ) |
| | ) |
| Plaintiff, | ) **No. 05 10416 MEL** |
| | ) |
| v. | ) |
| | ) |
| | ) |
| OVION, INC., | ) |
| WILLIAM S. TREMULIS, and | ) |
| JEFFREY P. CALLISTER | ) |
| | ) |
| Defendants. | ) |

## DECLARATION AND CERTIFICATE OF CHRISTOPHER V. CARANI, ESQ.

I, Christopher V. Carani, upon oath, declare as follows:

1.      I am a partner in the law firm of McAndrews, Held & Malloy Ltd., of Chicago, Illinois.  I am admitted to practice before the Bar of the State of Illinois (Illinois Bar No., 6269503, admitted 11/04/99) as well as the bars for the United States Court of Appeals for the Federal Circuit and the United States District Court of the Northern District of Illinois.  I am also registered to practice in the United States Patent and Trademark Office.

2.      I am a member of the bar in good standing in every jurisdiction and court to which I have been admitted to practice.  There are currently no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, court, or agency.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.      I am counsel for the defendants, Ovion, Inc., William S. Tremulis and Jeffrey P. Callister.  I represent defendants in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.  EXECUTED ON April 16, 2005

Christopher V. Carani
McAndrews, Held & Malloy, Ltd.
500 West Madison St.
Suite 3400
Chicago, Illinois, 60661
Tel: (312) 775 8000
Fax: (312) 775 8100