IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MUSKET RESEARCH ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 10416 MEL |
| | ) | |
| v. | ) | |
| | ) | |
| OVION, INC., | ) | |
| WILLIAM S. TREMULIS, and | ) | |
| JEFFREY P. CALLISTER | ) | |
| | ) | |
| Defendants. | ) | |

FILED
CLERKS OFFICE
2005 MAY -3  A 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION TO IMPOUND AS CONFIDENTIAL DEFENDANTS' ANSWER AND COUNTERCLAIMS

Pursuant to Local Rule 7.2, Defendants respectfully move the Court to impound as confidential DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES, AND OVION INC.'S COUNTERCLAIMS ("Answer and Counterclaims"), which is filed herewith. Defendants move for impoundment of the Answer and Counterclaims because the document contains information that Ovion, Inc. considers highly confidential, but which is essential to Defendants' Answer and Counterclaims.

Defendants request that the document to be impounded until further order from the Court. (L.R. 7.2(a)). As for post-impoundment custody, Defendants will make arrangements to retrieve the materials upon the expiration of the impoundment order. (L.R. 7.2(c)).

Date:  May 2, 2005

Respectfully submitted,

By: _____
Leland G. Hansen (admitted *pro hac vice*)

Christopher V. Carani (admitted *pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Dale A. Malone (BBO #552376)
BANNER & WITCOFF, LTD.
28 State Street
Boston, Massachusetts 02109
(617) 720-9600
fax: (617) 720-9600

**Attorneys for Defendants**
**Ovion, Inc., William S. Tremulis and**
**Jeffrey P. Callister**

*Certificate of Service*

The undersigned counsel hereby certifies that a copy of the foregoing document was served by overnight courier to:

Arthur S. Beeman
Michael L. Gallo
Pamela K. Fulmer
Howard Rice Nemerovski
    Canady Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

Eric J. Marandett
Lisa M. Gaulin
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

this 2nd day of May, 2005.

Christopher V. Carani