UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Musket Research Associates, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ovion, Inc., William S. Tremulis, and Jeffrey P. Callister, <br><br> Defendants, <br><br> and Related Counterclaims. | No. 05-10416-MEL |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the address of Choate, Hall & Stewart LLP, local counsel for Plaintiff and Counterclaim Defendants, has changed to Two International Place, Boston, MA 02110. The telephone number of counsel and their individual electronic mail addresses will remain the same.

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.
DAVID B. MUSKET
SUE ANN LATTERMAN

By Their Attorneys,

/s/ Lisa M. Gaulin
ERIC J. MARANDETT (BBO No. 561730)
LISA GAULIN (BBO No. 654655)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02109-2804
Telephone: 617/248-5000
Facsimile: 617/248-4000

3965328v1

ARTHUR S. BEEMAN (*pro hac vice*)
PAMELA K. FULMER (*pro hac vice*)
MICHAEL L. GALLO (*pro hac vice*)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Dated: August 5, 2005