UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OVION, INC., WILLIAM S. TREMULIS, and JEFFREY P. CALLISTER, <br><br> Defendants. <br><br>―――――――――――――――――――― <br><br> OVION, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MUSKET RESEARCH ASSOCIATES, INC., DAVID B. MUSKET, and SUE ANN LATTERMAN, <br><br> Counterdefendants. | No. 05 10416 MEL |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1. Notice is hereby given of the withdrawal of appearance of Eric J. Marandett and Lisa Gaulin, of Choate, Hall & Stewart LLP, as local counsel for plaintiff and counterdefendant Musket Research Associates, Inc., and counterdefendants David B. Musket and Sue Ann Latterman.

2. Notice is hereby given of the withdrawal of appearance of Michael J. Gallo, of Howard Rice Nemerovski Canady Falk & Rabkin, as counsel for plaintiff and counterdefendant Musket Research Associates, Inc., and counterdefendants David B. Musket and Sue Ann

~BOST1:387207 v1
3970429v1

Latterman. Arthur S. Beeman and Pamela K. Fulmer, formerly of Howard Rice Nemerovksi Canady Falk & Rabin, will continue to represent plaintiff and counterdefendant Musket Research Associates, Inc., and counterdefendants David B. Musket and Sue Ann Latterman in the above-captioned proceeding. Arthur S. Beeman and Pamela K. Fulmer are now associated with DLA PIPER RUDNICK GRAY CARY US LLP.

3.      DLA PIPER RUDNICK GRAY CARY US LLP will act as counsel for plaintiff and counterdefendant Musket Research Associates, Inc., and counterdefendants David B. Musket and Sue Ann Latterman, through Brooks A. Ames whose mailing address and contact information are as follows:

> Brooks A. Ames, Esq.
> DLA PIPER RUDNICK GRAY CARY US LLP
> One International Place, 21st Floor
> Boston, MA  02110-2600
> (617) 406-6045 (*telephone*)
> (617) 406-6145 (*fax*)
> brooks.ames@dlapiper.com (*e-mail*)

4.      Brooks A. Ames hereby files an appearance as counsel for plaintiff and counterdefendant Musket Research Associates, Inc., and counterdefendants David B. Musket, and Sue Ann Latterman.

5.      DLA PIPER RUDNICK GRAY CARY US LLP is substituted as counsel of record in place and stead of Choate, Hall & Stewart LLP and Howard Rice Nemerovksi Canady Falk & Rabin.

~BOST1:387207 v1
3970429v1

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.
DAVID B. MUSKET
SUE ANN LATTIMORE

By its attorneys,

 /s/ Brooks A. Ames
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6045 (*telephone*)
(617) 406-6145 (*fax*)



Arthur S. Beeman (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
(415) 836-2541 (*telephone*)
(414) 836-2501 (*fax*)

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.
DAVID B. MUSKET
SUE ANN LATTIMORE

By its attorneys,

 /s/ Lisa M. Gaulin
Eric J. Marandett (BBO #561730)
Lisa M. Gaulin (BBO #654655)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000 (*telephone*)
(617) 248-4000 (*fax*)



Michael L. Gallo (admitted pro hac vice)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
(415) 434-1600 (*telephone*)
(415) 217-5910 (*fax*)


Dated:  August 11, 2005

## CERTIFICATE OF SERVICE

I, Lisa M. Gaulin, hereby certify that a copy of counsel's Notice of Withdrawal and Substitution of Counsel was on this 11th day of August, 2005 served via regular mail to:

Leland G. Hansen, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison St.
34th Floor
Chicago, Illinois 60661

Christopher V. Carani, Esq.
McAndrews, Held & Malloy, Ltd.
500 West Madison St.
34th Floor
Chicago, Illinois 60661

and electronically to:

Dale A. Malone, Esq.
Banner & Witcoff, Ltd.
28 State St.
Boston, Massachusetts 02109

/s/ Lisa M. Gaulin