UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OVION, INC., WILLIAM S. TREMULIS, and JEFFREY P. CALLISTER, <br><br> Defendants. | ) No. 05 10416 MEL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| OVION, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MUSKET RESEARCH ASSOCIATES, INC., DAVID B. MUSKET, and SUE ANN LATTERMAN, <br><br> Counterdefendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned counsel on behalf of the plaintiff and counterdefendant Musket Research Associates, Inc., and the counterdefendants David B. Musket and Sue Ann Latterman.

     /s/ Brooks A. Ames
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  August 11, 2005

~BOST1:387412.v1