UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., ) | **No. 05 10416 MEL** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OVION, INC., WILLIAM S. TREMULIS, ) | |
| and JEFFREY P. CALLISTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| OVION, INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| MUSKET RESEARCH ASSOCIATES, INC., ) | |
| DAVID B. MUSKET, and ) | |
| SUE ANN LATTERMAN, ) | |
| ) | |
| Counterdefendants. ) | |

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Pursuant to Local Rule 83.5.2(e), please note that Arthur S. Beeman and Pamela K. Fulmer, counsel for plaintiff and counterdefendant Musket Research Associates, Inc., and counterdefendants David B. Musket and Sue Ann Latterman are now associated with DLA

- 2 -

PIPER RUDNICK GRAY CARY US LLP, 153 Townsend Street, Suite 800, San Francisco, CA 94107, Telephone: (415) 836-2541, Facsimile: (415) 836-2501.

<div style="margin-left:50%">

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.
DAVID B. MUSKET
SUE ANN LATTERMAN

By its attorneys,


_____/s/ Brooks A. Ames_____
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)


Arthur S. Beeman (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107
(415) 836-2541 *(telephone)*
(415) 836-2501 *(fax)*

</div>

Dated:  August 11, 2005