UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OVION, INC., WILLIAM S. TREMULIS,<br>and JEFFREY P. CALLISTER,<br><br>    Defendants.<br><br>OVION, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>MUSKET RESEARCH ASSOCIATES, INC.,<br>DAVID B. MUSKET, and<br>SUE ANN LATTERMAN,<br><br>    Counterdefendants. | No. 05 10416 MEL |

## JOINT STATEMENT FOR INITIAL SCHEDULING CONFERENCE

Pursuant to the Notice of Scheduling Conference, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the plaintiff and counterdefendant Musket Research Associates, Inc. and counterdefendants David B. Musket and Sue Ann Latterman and counsel for the defendant and counterclaimant Ovion, Inc. and defendants William S. Tremulis and Jeffrey P. Callister have conferred and submit the following:

- 2 -

I. <u>PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE</u>

    A. Establishment of a pretrial schedule, including deadlines for discovery and motion filings.

    B. Plaintiff's settlement proposal.

    C. Alternative Dispute Resolution programs such as those set forth in Local Rule 16.4, including possible binding arbitration.

II. <u>PROPOSED PRE-TRIAL SCHEDULE</u>

| | |
|---|---|
| Commence fact discovery | 7/29/05 |
| Exchange of Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | 8/23/05 |
| Close of fact discovery. Discovery requests shall be served so that responses and production can be timely completed by this date. Fact depositions shall be noticed to be timely completed by this date | 1/26/06 |
| Plaintiff's and Counterdefendants' Expert Report(s) due | 2/2/06 |
| Defendants' and Counterclaimant's Expert Report(s) due | 2/23/06 |
| Completion of expert discovery | 3/23/06 |
| Last day to file summary judgment motions | 4/20/06 |
| Pretrial conference | 6/08/06 |
| Trial date | 6/22/06 |

- 3 -

III. CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

The parties will file their Local Rule 16(D)(3) certifications at the Initial Scheduling Conference.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| OVION, INC., WILLIAM S. TREMULIS and JEFFREY P. CALLISTER By their attorneys, | MUSKET RESEARCH ASSOCIATES, INC. DAVID B. MUSKET and SUE ANN LATTERMAN By their attorneys, |
| /s/ Dale A. Malone | /s/ Brooks A. Ames |
| Dale A. Malone (BBO #552376) BANNER & WITCOFF, LTD. 28 State Street Boston, MA  02109 (617) 720-9600 (*telephone*) (617) 720-9600 (*fax*) | Brooks A. Ames (BBO #641192) DLA PIPER RUDNICK GRAY CARY US LLP One International Place, 21st Floor Boston, MA  02110-2600 (617) 406-6045 (*telephone*) (617) 406-6145 (*fax*) |
| Leland G. Hansen (admitted *pro hac vice*) Christopher V. Carani (admitted *pro hac vice*) McANDREWS, HELD & MALLOY, LTD. 500 W. Madison Street, 34th Floor Chicago, IL  60661 (312) 775-8000 (*telephone*) (312) 775-8100 (*fax*) | Arthur S. Beeman (admitted *pro hac vice*) Pamela K. Fulmer (admitted *pro hac vice*) DLA PIPER RUDNICK GRAY CARY US LLP 153 Townsend Street, Suite 800 San Francisco, CA 94107 (415) 836-2541 (*telephone)* (414) 836-2501 (*fax)* |

Dated:  August __, 2005