UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>OVION, INC., WILLIAM S. TREMULIS,<br>and JEFFREY P. CALLISTER,<br><br>    Defendants.<br><br>OVION, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>MUSKET RESEARCH ASSOCIATES, INC.,<br>DAVID B. MUSKET, and<br>SUE ANN LATTERMAN,<br><br>    Counterdefendants. | No. 05 10416 MEL |

### SUE ANN LATTERMAN'S
### CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Counterdefendant Sue Ann Latterman and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution

of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
SUE ANN LATTERMAN

_____
Brooks A. Ames (BBO #641192)
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6045 *(telephone)*
(617) 406-6145 *(fax)*

Arthur S. Beeman (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
(415) 836-2541 *(telephone)*
(415) 836-2501 *(fax)*

August 25, 2005