UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OVION, INC., WILLIAM S. TREMULIS,<br>and JEFFREY P. CALLISTER,<br><br>Defendants. | **No. 05 10416 MEL** |
| OVION, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>MUSKET RESEARCH ASSOCIATES, INC.,<br>DAVID B. MUSKET, and<br>SUE ANN LATTERMAN,<br><br>Counterdefendants. | |

## **AMENDED JOINT STATEMENT**

Based on agreements reached at the August 25, 2005 scheduling conference before Judge Lasker, counsel for the plaintiff and counterdefendant Musket Research Associates, Inc. and counterdefendants David B. Musket and Sue Ann Latterman and counsel for the defendant and counterclaimant Ovion, Inc. and defendants William S. Tremulis and Jeffrey P. Callister submit the following:

I.  **REVISED PROPOSED PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Exchange of Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | 08/23/05 |
| Commence fact discovery | 08/26/05 |
| Last day to serve written responses to discovery requests exchanged on July 29, 2005. | 09/22/05 |
| Last day to produce, subject to objections, documents and things responsive to requests for production exchanged on July 29, 2005.[1] | 09/29/05 |
| Responses to additional requests for production, requests for admission, and interrogatories shall not be due before this date. | 10/18/05 |
| Close of fact discovery. Discovery requests shall be served so that responses and production can be timely completed by this date. Fact depositions shall be noticed to be timely completed by this date | 02/23/06 |
| Plaintiff's and Counterdefendants' Expert Report(s) due | 03/02/06 |
| Defendants' and Counterclaimant's Expert Report(s) due | 03/23/06 |
| Completion of expert discovery | 04/20/06 |
| Last day to file summary judgment motions | 05/18/06 |
| Pretrial conference | 07/06/06 |
| Trial date | 07/20/06 |

---

[1] Documents and things shall be produced by serving copies for delivery at the offices of counsel for the requesting party, excepting categories of documents and things that cannot reasonably be copied or are unduly voluminous. The parties reserve the right to inspect originals.

~BOST1:389927.v1

II.  **STIPULATION**

The number of requests for admission shall be limited to 35 for each side absent further stipulation or court order.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| OVION, INC., WILLIAM S. TREMULIS and JEFFREY P. CALLISTER By their attorneys, | MUSKET RESEARCH ASSOCIATES, INC. DAVID B. MUSKET and SUE ANN LATTERMAN By their attorneys, |
| /s/ Dale A. Malone | /s/ Brooks A. Ames |
| Dale A. Malone (BBO #552376) BANNER & WITCOFF, LTD. 28 State Street Boston, MA 02109 (617) 720-9600 (*telephone*) (617) 720-9600 (*fax*) | Brooks A. Ames (BBO #641192) DLA PIPER RUDNICK GRAY CARY US LLP One International Place, 21st Floor Boston, MA 02110-2600 (617) 406-6045 (*telephone*) (617) 406-6145 (*fax*) |
| Leland G. Hansen (admitted *pro hac vice*) Christopher V. Carani (admitted *pro hac vice*) McANDREWS, HELD & MALLOY, LTD. 500 W. Madison Street, 34th Floor Chicago, IL 60661 (312) 775-8000 (*telephone*) (312) 775-8100 (*fax*) | Arthur S. Beeman (admitted *pro hac vice*) Pamela K. Fulmer (admitted *pro hac vice*) DLA PIPER RUDNICK GRAY CARY US LLP 153 Townsend Street, Suite 800 San Francisco, CA 94107 (415) 836-2541 (*telephone)* (414) 836-2501 *(fax)* |

Dated: September 1, 2005