UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>OVION, INC., WILLIAM S. TREMULIS, )<br>and JEFFREY P. CALLISTER, )<br><br>Defendants. )<br>_____)<br>OVION, INC., )<br><br>Counterclaimant, )<br><br>v. )<br><br>MUSKET RESEARCH ASSOCIATES, INC., )<br>DAVID B. MUSKET, and )<br>SUE ANN LATTERMAN, )<br><br>Counterdefendants. )<br>_____) | No. 05 10416 MEL |

**MUSKET RESEARCH ASSOCIATES, INC.'S AND DAVID B. MUSKET'S
CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

Plaintiff and counterdefendant Musket Research Associates, Inc. and counterdefendants David B. Musket and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution

- 2 -

of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

          MUSKET RESEARCH ASSOCIATES, INC

By: _David B. Musket_
Its: President

_____
DAVID B. MUSKET

_____
Brooks A. Ames (BBO #641192)
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6045 (*telephone*)
(617) 406-6145 (*fax*)

Arthur S. Beeman (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107
(415) 836-2541 *(telephone)*
(415) 836-2501 *(fax)*

September 23, 2005