UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 05 10416 MEL

MUSKET RESEARCH ASSOCIATES, INC.,

    Plaintiff,

v.

OVION, INC., WILLIAM S. TREMULIS,
and JEFFREY P. CALLISTER,

    Defendants.

---

OVION, INC.,

    Counterclaimant,

v.

MUSKET RESEARCH ASSOCIATES, INC.,
DAVID B. MUSKET, and
SUE ANN LATTERMAN,

    Counterdefendants.

## MOTION FOR IMPOUNDMENT PURSUANT TO LOCAL RULE 7.2

Pursuant to Local Rule 7.2, Plaintiff Musket Research Associates, Inc. ("MRA") hereby moves this Court to impound the following document, filed herewith:

MEMORANDUM IN SUPPORT OF MUSKET RESEARCH ASSOCIATES, INC.'S MOTION FOR ENTRY OF A SINGLE-TIER PROTECTIVE ORDER (AND ATTACHED EXHIBITS A-C).

As grounds therefore, MRA states that the memorandum refers to and attaches documents that Ovion has deemed to contain trade secret, proprietary, or otherwise sensitive business information. MRA states further that the parties have agreed to consider this information "attorneys' eyes only" until the Court has entered an appropriate protective order.

By filing this motion, MRA does not admit or concede that these documents are, in fact, entitled to "attorneys' eyes only" protection.

WHEREFORE, Plaintiff Musket Research Associates, Inc. respectfully requests that this Court issue an order:

1. Impounding the above-listed documents;

2. Allowing the impoundment order to remain in place until further ordered by the Court; and

3. Granting such further and other relief as the Court deems just and proper.

<div style="margin-left: 3em;">

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.
DAVID B. MUSKET and
SUE ANN LATTERMAN
By their attorneys,

/s/ B. A. A.
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
(617) 406-6045 (*telephone*)
(617) 406-6145 (*fax*)

Arthur S. Beeman (admitted *pro hac vice*)
Pamela K. Fulmer (admitted *pro hac vice*)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
(415) 836-2541 (*telephone*)
(414) 836-2501 (*fax*)

</div>

Dated: November 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the defendants' attorney of record by mail on November 21, 2005.

/s/ B. A. A.
Brooks A. Ames

~BOST1:398204.v1