UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OVION, INC., WILLIAM S. TREMULIS, and JEFFREY P. CALLISTER, | )<br>)<br>) |
| Defendants. | )<br>) |
| OVION, INC., | )<br>)<br>) |
| Counterclaimant, | )<br>) |
| v. | )<br>) |
| MUSKET RESEARCH ASSOCIATES, INC., DAVID B. MUSKET, and SUE ANN LATTERMAN, | )<br>)<br>)<br>) |
| Counterdefendants. | )<br>) |

Civil No. 05-10416 MEL

## AFFIDAVIT OF KARLYN GOULD

I, Karlyn Gould, depose and say as follows:

1.   My name is Karlyn Gould. I make this affidavit on my own personal knowledge.

2.   I am a project manager with the law firm of DLA Piper Rudnick Gray Cary US LLP, counsel for Musket Research Associates, Inc. ("MRA").

3.   I have reviewed the documents produced by Ovion, Inc. ("Ovion") in response to MRA's requests for production.

4. Ovion's production is 22,690 pages. Of those 22,690 pages, 13,236 pages are marked "Confidential-Outside Counsel Eyes Only."

Signed under the pains and penalties of perjury this 21st day of November, 2005.

*[signature]*
Karlyn Gould

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) (by hand) on 11-21-05
*[signature]*