UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OVION, INC., WILLIAM S. TREMULIS, ) <br> and JEFFREY P. CALLISTER, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> OVION, INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> MUSKET RESEARCH ASSOCIATES, INC., ) <br> DAVID B. MUSKET, and ) <br> SUE ANN LATTERMAN, ) <br> ) <br> Counterdefendants. ) <br> _____) | No. 05 10416 MEL |

## MUSKET RESEARCH ASSOCIATES, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), Plaintiff Musket Research Associates, Inc. ("MRA") moves for leave of Court to file the attached reply brief to Defendants' Opposition to MRA's Motion for Entry of a Single-Tier Protective Order. MRA believes that further briefing on the issues raised in MRA's Motion for Entry of a Single-Tier Protective Order will assist the Court in reaching a decision on the motion.

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.,
DAVID B. MUSKET and
SUE ANN LATTERMAN
By their attorneys,

_____/s/ B. A. A._____
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 *(telephone)*
(617) 406-6100 *(fax)*

Arthur S. Beeman (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
(415) 836-2541 *(telephone)*
(415) 836-2501 *(fax)*

Dated: December 21, 2005

### Rule 7.1 Certification

I, Brooks A. Ames, certify that before filing this motion I conferred with counsel for the Defendants and Counterclaimant and attempted in good faith to resolve or narrow the issue.

_____/s/ B. A. A._____
Brooks A. Ames, BBO# 641192

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the defendants' attorney of record by mail on December 21, 2005.

_____/s/ B. A. A._____
Brooks A. Ames

~BOST1:400223.v1