IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Ovion, Inc.,<br>William S. Tremulis, and<br>Jeffrey P. Callister,<br><br>        Defendants.<br><br>Ovion, Inc.,<br><br>        Counterclaimant,<br><br>v.<br><br>Musket Research Associates, Inc.,<br>David B. Musket, and<br>Sue Ann Latterman,<br><br>        Counterdefendants. | **Case No. 05-10416 MEL** |

**ERRATA TO
DEFENDANTS' OPPOSITION AND MEMORANDUM IN OPPOSITION
TO MRA'S MOTION FOR ENTRY OF A SINGLE-TIER PROTECTIVE ORDER**

Defendants hereby advise the Court that *Defendants' Opposition And Memorandum In Opposition To MRA's Motion For Entry Of A Single-Tier Protective Order* (Docket No. 32), which was filed on December 7, 2005, contains an error on pages 8, 9, and 10 regarding the date when Ovion, Inc. merged with and was acquired by American Medical Systems, Inc. The date of the merger and acquisition was July 7, 2005.

Respectfully submitted,

Dated: January 5, 2006                              By  /s/ Leland G. Hansen
                                                                         Leland G. Hansen
                                                                         Christopher V. Carani

McANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000 (telephone)
(312) 775-8100 (facsimile)

*Attorneys for Defendant and Counterclaimant Ovion, Inc. and Defendants William S. Tremulis and Jeffrey P. Callister.*

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email and US mail on January 5, 2006.

_____
Christopher V. Carani