IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Ovion, Inc.,<br>William S. Tremulis, and<br>Jeffrey P. Callister,<br><br>       Defendants.<br><br>Ovion, Inc.,<br><br>       Counterclaimant,<br><br>v.<br><br>Musket Research Associates, Inc.,<br>David B. Musket, and<br>Sue Ann Latterman,<br><br>       Counterdefendants. | **Case No. 05-10416 MEL** |

**ERRATA TO DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL THE MRA PARTIES TO (1) ANSWER
INTERROGATORIES AND (2) PRODUCE DOCUMENTS AND THINGS**

    Defendants hereby advise the Court that *Defendants' Memorandum In Support Of Motion To Compel The MRA Parties To (1) Answer Interrogatories And (2) Produce Documents And Things* (Docket No. 34), which was filed on December 20, 2005, contains an error on pages 3 and 8 regarding the date when Ovion, Inc. merged with and was acquired by American Medical Systems, Inc. The date of the merger and acquisition was July 7, 2005.

                                            Respectfully submitted,

Dated: January 5, 2006                  By  /s/ Leland G. Hansen
                                                           Leland G. Hansen
                                                           Christopher V. Carani

McANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000 (telephone)
(312) 775-8100 (facsimile)

*Attorneys for Defendant and Counterclaimant Ovion, Inc. and Defendants William S. Tremulis and Jeffrey P. Callister.*

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email and US mail on January 5, 2006.

Christopher V. Carani