IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc.,<br><br>    Plaintiff,<br><br> v.<br><br>Ovion, Inc.,<br>William S. Tremulis, and<br>Jeffrey P. Callister,<br><br>    Defendants.<br><br>Ovion, Inc.,<br><br>    Counterclaimant,<br><br> v.<br><br>Musket Research Associates, Inc.,<br>David B. Musket, and<br>Sue Ann Latterman,<br><br>    Counterdefendants. | Case No. 05-10416 MEL |

**ERRATA TO (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, (2) DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, AND (3) DEFENDANTS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE, PURSUANT TO L.R. 56.1**

  Defendants hereby advise the Court of typographical errors, as set forth in the following table, in (1) *Defendants' Motion For Summary Judgment* (Docket No. 47), (2) *Defendants' Memorandum In Support Of Motion For Summary Judgment* (Docket No. 48), and (3) *Defendants' Statement Of Material Facts As To Which There Is No Genuine Dispute, Pursuant To L.R. 56.1* (Docket No. 49).

| Docket No. | Page | Correction |
|---|---|---|
| 47 | 1 | Defendants also submit herewith Defendants' [Memorandum In Support Of] Motion For Summary Judgment ~~In Support Of Summary Judgment Motion~~ and . . . |
| 47 | 2 | For the reasons set forth in *Defendants' Memorandum*, Defendants move for summary ~~each~~ [judgment] against each cause . . . |
| 48 | 1 | MRA did [not] "find" AMS and was not involved in the transaction between Ovion and AMS. |
| 49 | 2 | (Docket No. ~~INSERT~~[18]).) |

                                                             Respectfully submitted,

Dated:  February 3, 2006         By __/s/ Leland G. Hansen_____
                                                       Leland G. Hansen
                                                       Christopher V. Carani
                                                       McANDREWS, HELD & MALLOY, LTD.
                                                      500 W. Madison Street, 34th Floor
                                                      Chicago, Illinois 60661
                                                      (312) 775-8000 (telephone)
                                                      (312) 775-8100 (facsimile)

                                                     *Attorneys for Defendant and Counterclaimant Ovion, Inc. and Defendants William S. Tremulis and Jeffrey P. Callister.*

## Certificate of Service

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 3, 2006.

Date: February 3, 2006              By __/s/ Leland G. Hansen_____
                                                      Leland G. Hansen