**FILED UNDER SEAL PURSUANT TO LR 7.2**

**AFFIDAVIT OF BROOKS A. AMES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS A-H**

<u>**C.A. No. 05-10416 (MEL)**</u>