UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OVION, INC., WILLIAM S. TREMULIS, )<br>and JEFFREY P. CALLISTER, )<br>)<br>Defendants. )<br>_____)<br>)<br>OVION, INC., )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>MUSKET RESEARCH ASSOCIATES, INC., )<br>DAVID B. MUSKET, and )<br>SUE ANN LATTERMAN, )<br>)<br>Counterdefendants. )<br>_____) | No. 05 10416 MEL |

## NOTICE OF FIRM ADDRESS CHANGE

Pursuant to Mass. R. Civ. P. 11(d), please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the address of counsel for counterdefendants Musket Research Associates, Inc., David B. Musket and Sue Ann Latterman will be:

Brooks A. Ames, Esq. (BBO #641192)
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

- 2 -

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.,
DAVID B. MUSKET and
SUE ANN LATTERMAN
By their attorneys,

/s/ Brooks A. Ames
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: February 16, 2006