IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc.,<br><br>        Plaintiff,<br><br>  v.<br><br>Ovion, Inc.,<br>William S. Tremulis, and<br>Jeffrey P. Callister,<br><br>        Defendants.<br><hr>Ovion, Inc.,<br><br>        Counterclaimant,<br><br>  v.<br><br>Musket Research Associates, Inc.,<br>David B. Musket, and<br>Sue Ann Latterman,<br><br>        Counterdefendants. | Case No. 05-10416 MEL |

**MOTION FOR LEAVE TO FILE REPLY**

      Pursuant to Local Rule 7.1(b)(3), Defendants respectfully request leave of Court to file a reply in support of their motion for summary judgment. Plaintiff MRA, in opposition to Defendants' motion, raised new issues not found in the First Amended Complaint or Plaintiff's interrogatory responses and submitted lengthy affidavits from David Musket and Sue Ann Latterman, and a collection of e-mails attached to the affidavit of Brooks A. Ames. In light of this Plaintiff's new argument and submissions and in view of the fact that Plaintiff has asserted nine

separate causes of action, Defendants believe it is necessary to submit a reply brief of about 35 pages and respectfully request leave of Court to do so.


Dated: March 3, 2006                    By  /s/ Christopher V. Carani_____
                                        Leland G. Hansen
                                        Christopher V. Carani
                                        McANDREWS, HELD & MALLOY, LTD.
                                        500 W. Madison Street, 34th Floor
                                        Chicago, Illinois 60661
                                        (312) 775-8000 (telephone)
                                        (312) 775-8100 (facsimile)

                                        Dale A. Malone (BBO #552376)
                                        BANNER & WITCOFF, LTD.
                                        28 State Street, 28th Floor
                                        Boston, Massachusetts   02109
                                        Telephone: (617) 720-9600
                                        Facsimile:  (617) 720-9601

                                        *Attorneys for Defendant and Counterclaimant Ovion, Inc. and Defendants William S. Tremulis and Jeffrey P. Callister.*