**FILED UNDER SEAL PURSUANT TO LR 7.2**

**AFFIDAVIT OF M. JAMES CALL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS 15-18**

<u>**C.A. No. 05-10416 (MEL)**</u>