**FILED UNDER SEAL PURSUANT TO LR 7.2**

**AFFIDAVIT OF KEITH B. ISAACSON M.D.  IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS 15-18**

<u>**C.A. No. 05-10416 (MEL)**</u>