IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ovion, Inc., <br> William S. Tremulis, and <br> Jeffrey P. Callister, <br><br> Defendants. | |
| Ovion, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Musket Research Associates, Inc., <br> David B. Musket, and <br> Sue Ann Latterman, <br><br> Counterdefendants. | Case No. 05-10416 MEL |

## MOTION FOR IMPOUNDMENT PURSUANT TO LOCAL RULE 7.2

Pursuant to Local Rule 7.2, Defendants respectfully move the Court to impound the following documents:

(1) [Unredacted] Defendants' Reply Memorandum in Support of Motion for Summary Judgment
(2) [Unredacted] Affidavit of Jeffrey P. Callister
(3) Affidavit of James Call
(4) Affidavit of Keith B. Isaacson

Redacted copies of items (1) and (2) have been filed electronically.

Defendants move for impoundment of these documents because the documents contain confidential, proprietary or otherwise sensitive business information and information that Defendant

Ovion, Inc. is contractually bound to not publicly disclose, but is essential to Defendants' Reply Memorandum in Support of Motion for Summary Judgment. Furthermore, the Court has ordered that Defendants' "communications with AMS and information provided by Defendants or on Defendants' behalf to AMS on or before February 17, 2005" be designated and treated as Outside Counsel Eyes Only. (Docket No. 53, Order, 2/7/06.)

Defendants request that the document to be impounded until further order from the Court. (L.R. 7.2(a)). As for post-impoundment custody, Defendants will make arrangements to retrieve the materials upon the expiration of the impoundment order. (L.R. 7.2(c)).

Date: March 3, 2006

Respectfully submitted,

_____
Leland G. Hansen
Christopher V. Carani
McANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000 (telephone)
(312) 775-8100 (facsimile)

Dale A. Malone (BBO #552376)
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts 02109
Telephone: (617) 720-9600
Facsimile: (617) 720-9601

*Attorneys for Defendant and Counterclaimant Ovion, Inc and Defendants William S. Tremulis and Jeffrey P. Callister*

## Certificate of Service

The undersigned counsel of record hereby certifies that a copy of the foregoing document was served on opposing counsel by electronic delivery on March 4, 2006.

March 6, 2006                                    _____
                                                                 Dale A. Malone