UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -7 P 3: 40

No. 05-10416 MEL
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OVION, INC., WILLIAM S. TREMULIS, | ) |
| and JEFFREY P. CALLISTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| OVION, INC., | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| MUSKET RESEARCH ASSOCIATES, INC., | ) |
| DAVID B. MUSKET, and | ) |
| SUE ANN LATTERMAN, | ) |
| | ) |
| Counterdefendants. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), Plaintiff Musket Research Associates, Inc.

("MRA") moves for leave of Court to file the attached Surreply brief and the

Supplemental Affidavit of Brooks A. Ames ("Surreply") to Defendants' (collectively,

"Ovion") Reply Memorandum in Support of Motion for Summary Judgment ("Reply").

MRA further moves for leave to file additional papers after the March 8th hearing on

Ovion's Motion for Summary Judgment. As grounds therefore, MRA states as follows:

1.      Ovion filed its motion for summary judgment on January 27.

2.      On March 6, over three weeks after receiving MRA's opposition and just two days before the scheduled hearing, Ovion filed its motion for leave to file a reply along with a 35 page reply brief (15 pages over the limit imposed by LR 7.1), five additional affidavits, and over 100 pages of exhibits. Ovion never attempted to meet and confer with MRA about its intent to file this motion and the accompanying reply brief.

3.      MRA has filed an opposition to Ovion's motion for leave which has not yet been acted upon.

4.      The attached Surreply responds to issues raised by Ovion's untimely Reply opposition and will assist the Court in deciding the motion for summary judgment. But further time is necessary to provide a more complete response.

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.,
DAVID B. MUSKET and
SUE ANN LATTERMAN
By their attorneys,


_____
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street – 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Arthur S. Beeman (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107
(415) 836-2541 (telephone)
(415) 836-2501 (fax)

Dated:  March 7, 2006

2

~BOST1:400223.v1

## Rule 7.1 Certification

I, Brooks A. Ames, certify that before filing this motion I provided a copy to counsel for the Defendants and Counterclaimant in an attempt to resolve or narrow the issue.

_____
Brooks A. Ames, BBO# 641192

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic mail and U.S. mail on March 7, 2006.

_____
Brooks A. Ames

~BOST1:400223.v1