UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSKET RESEARCH ASSOCIATES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OVION, INC., WILLIAM S. TREMULIS, ) <br> and JEFFREY P. CALLISTER, ) <br> ) <br> Defendants. ) <br>_____) <br> ) <br> OVION, INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> MUSKET RESEARCH ASSOCIATES, INC., ) <br> DAVID B. MUSKET, and ) <br> SUE ANN LATTERMAN, ) <br> ) <br> Counterdefendants. ) <br>_____) | No. 05 10416 MEL |

## MOTION FOR IMPOUNDMENT PURSUANT TO LOCAL RULE 7.2

Pursuant to Local Rule 7.2, Plaintiff Musket Research Associates, Inc. ("MRA") hereby moves this Court to impound the following documents:

1. PLAINTIFF'S SURREPLY MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT;

2. SUPPLEMENTAL AFFIDAVIT OF BROOKS A. AMES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

As grounds therefore, MRA states that the above filings contain or refer to documents that Ovion has deemed to contain trade secret, proprietary, or otherwise sensitive business information. MRA states further that the parties have agreed to consider this information

~BOST1:410320.v1
358547-1

"attorneys' eyes only" until the Court has entered an appropriate protective order. By filing this motion, MRA does not admit or concede that these documents are, in fact, entitled to "attorneys' eyes only" protection.

WHEREFORE, Plaintiff Musket Research Associates, Inc. respectfully requests that this Court issue an order:

1. Impounding the above-listed filings;

2. Allowing the impoundment order to remain in place until further ordered by the Court; and

3. Granting such further and other relief as the Court deems just and proper.

Respectfully submitted,

MUSKET RESEARCH ASSOCIATES, INC.
DAVID B. MUSKET and
SUE ANN LATTERMAN

By their attorneys,

/s/ B. A. A.

Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street – 26th Floor
Boston, MA 02110-1447
(617) 406-6045 (*telephone*)
(617) 406-6145 (*fax*)

Arthur S. Beeman (admitted *pro hac vice*)
Pamela K. Fulmer (admitted *pro hac vice*)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
(415) 836-2541 (*telephone*)
(414) 836-2501 (*fax*)

Dated: March 7, 2006

2

~BOST1:410320.v1
358547-1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic mail and U.S. mail on March 7, 2006.

                                                      /s/ Brooks A. Ames
                                                      Brooks A. Ames

~BOST1:410320.v1
358547-1