IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Musket Research Associates, Inc.,<br><br>                Plaintiff,<br><br>  v.<br><br>Ovion, Inc.,<br>William S. Tremulis, and<br>Jeffrey P. Callister,<br><br>                Defendants.<br><br>Ovion, Inc.,<br><br>                Counterclaimant,<br><br>  v.<br><br>Musket Research Associates, Inc.,<br>David B. Musket, and<br>Sue Ann Latterman,<br><br>                Counterdefendants. | Case No. 05-10416 MEL |

**NOTICE OF APPEARANCE**

Please take notice that Ovion, Inc., ("Defendant and Counterclaimant"), William S. Tremulis, and Jeffrey P. Callister ("Defendants"), are represented in this action by the undersigned member of the bar of this Court.

                                                            Respectfully submitted,

November 2, 2007                By:      /s/ Ernest V. Linek
                                                              Ernest V. Linek (BBO No. 543985)
                                                              BANNER & WITCOFF, LTD.
                                                              28 State Street, 28th Floor
                                                              Boston, Massachusetts  02109
                                                              Telephone: (617) 720-9600
                                                              Facsimile:  (617) 720-9601
                                                              ELinek@bannerwitcoff.com

2

*Certificate of Service*

The undersigned counsel hereby certifies that the foregoing document is being filed electronically and will be served through the Court's ECF system on all counsel of record registered to receive electronic service, and will be served by paper copy mailed postage-prepaid to all counsel not so registered on November 2, 10, 2007.

                                                /s/ Ernest V. Linek
                                                  Ernest V. Linek