IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc., <br><br>        Plaintiff, <br><br>v. <br><br>Ovion, Inc., <br>William S. Tremulis, and <br>Jeffrey P. Callister, <br><br>        Defendants. <br><hr> Ovion, Inc., <br><br>        Counterclaimant, <br><br>v. <br><br>Musket Research Associates, Inc., <br>David B. Musket, and <br>Sue Ann Latterman, <br><br>        Counterdefendants. | Case No. 05-10416 MEL |

**MOTION FOR LEAVE TO ADMIT SCOTT P. MCBRIDE *PRO HAC VICE***

     The undersigned, counsel for Ovion, Inc., ("Defendant and Counterclaimant"), William S. Tremulis, and Jeffrey P. Callister ("Defendants") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3(b), that Scott P. McBride be permitted to appear

1

as counsel for Defendants and Counterclaimant and practice in this Court *pro hac vice*. The Certificate of Mr. McBride in support of this application is submitted herewith. Payment of the appropriate fee for admission *pro hac vice* is remitted herewith.

                                                      Respectfully submitted,

Dated:  November 5, 2007        By      /s/ Ernest V. Linek
                                                         Ernest V. Linek, SBN 543985
                                                         BANNER & WITCOFF, LTD.
                                                         28 State Street, 28th Floor
                                                         Boston, Massachusetts  02109
                                                         (617) 720-9600 (telephone)
                                                         (617) 720-9601 (facsimile)

                                                         *Attorneys for Defendant and Counterclaimant Ovion, Inc. and Defendants William S. Tremulis and Jeffrey P. Callister.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document is being filed electronically and will be served through the Court's ECF system on all counsel of record registered to receive electronic service, and will be served by paper copy mailed postate prepaid to all counsel not so registered on November 5, 2007.

                                                               /s/ Ernest V. Link
                                                               Ernest V. Linek

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc., <br><br>            Plaintiff, <br><br> v. <br><br> Ovion, Inc., <br> William S. Tremulis, and <br> Jeffrey P. Callister, <br><br>            Defendants. <br><br> Ovion, Inc., <br><br>            Counterclaimant, <br><br> v. <br><br> Musket Research Associates, Inc., <br> David B. Musket, and <br> Sue Ann Latterman, <br><br>            Counterdefendants. | Case No. 05-10416 MEL |

**CERTIFICATE OF SCOTT P. MCBRIDE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Scott P. McBride, duly sworn on oath, states as follows:

1.  I am a shareholder with the firm of McAndrews, Held & Malloy, Ltd., a limited corporation, which is located at 500 West Madison Street, Chicago, Illinois, 60661.

2.  I have been admitted to practice before the following courts in the years indicated:

    Supreme Court of Illinois, 1998

    U.S. State Court of Appeals, Federal Circuit, 1999

1

                U.S. District Court, Northern District of Illinois, 2003

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts

Signed under the pains and penalties of perjury this 5th day of November, 2007.

                                                /s/ Scott P. McBride
                                                 Scott P. McBride