IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Musket Research Associates, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ovion, Inc., <br> William S. Tremulis, and <br> Jeffrey P. Callister, <br><br> Defendants. <br><br> Ovion, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Musket Research Associates, Inc., <br> David B. Musket, and <br> Sue Ann Latterman, <br><br> Counterdefendants. | Case No. 05-10416 MEL |

**STIPULATION AND ORDER OF DISMISSAL**

The parties have agreed and hereby stipulate, by their undersigned attorneys, that this action, including all claims, defenses and counterclaims, shall be dismissed with prejudice.

The order (or "Endorsement") of January 26, 2006, shall be vacated inasmuch as Ovion, Inc. withdrew all subpoenas served without prior notice before Musket Research Associates, Inc. filed its motion to quash.

Each party shall bear its own costs and attorneys' fees.

Exhibit A                                      1

This Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the Settlement And Release Agreement of December 18, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                          Hon. Morris E. Lasker
                                          United States District Court

Arthur S. Beeman (admitted pro hac vice)         Leland G. Hansen (admitted pro hac vice)
Pamela K. Fulmer (admitted pro hac vice)         Edward A. Mas II (admitted pro hac vice)
DLA PIPER US LLP                                 MCANDREWS, HELD & MALLOY, LTD.
153 Townsend Street, Suite 800                   500 W. Madison Street, 34th Floor
San Francisco, California 94107                  Chicago, Illinois 60661
(415) 836 2541 (telephone)                       (312) 775-8000 (telephone)
(415) 836-2501 (facsimile)                       (312) 775-8100 (facsimile)

Brooks A. Ames (BBO No. 641192)                  Ernest V. Linek (BBO No. 543985)
DLA PIPER US LLP                                 BANNER & WITCOFF, LTD.
One International Place, 21st Floor              28 State Street, 28th Floor
100 Oliver Street                                Boston, Massachusetts 02109
Boston, Massachusetts 02110                      (617) 720-9600 (telephone)
(617) 406-6000 (telephone)                       (617) 720-9601 (facsimile)
(617) 406-6100 (facsimile)

                                                 Attorneys for Defendant and
Attorneys for Plaintiff and Counterdefendant     Counterclaimant *Ovion, Inc.* and Defendants
*Musket Research Associates, Inc.* and           *William S. Tremulis* and *Jeffrey P. Callister*
Counterdefendants *David B. Musket* and *Sue
Ann Latterman*

By: ___/s/ Brooks A. Ames_____              By: ___/s/ Leland G. Hansen_____

Date: _____          Date: May 23, 2008

Exhibit A                                2